# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

AT&T/Bechtel,                                    :
              Appellant         :
                                             :
       v.                       :
                                             :
Philadelphia Zoning Board of                     :
Adjustment                                       :
                                             :
       v.                       :
                                             :
Linda McAnally, and Ashton Square                :
Civic Association                                :          No. 112 C.D. 2015

**PER CURIAM**

## O R D E R

NOW, January 21, 2016, having considered appellant's petition for reconsideration and argument, the petition is denied.